AVIS RENT A CAR SYSTEM, INC. *v.* NORTH
AMERICAN VAN LINES, INC., ET AL.
(4395)

DUPONT, C. J., HULL and BORDEN, Js.

Argued April 8—decision released April 29, 1986

*Philip R. Shiff,* for the appellant (plaintiff).
*Robert W. Lotty,* for the appellees (defendants).

PER CURIAM. There is no error.